United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 3, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-30142
Summary Calendar

_____

WILLIE ALLEN,

                                        Plaintiff-Appellant,

versus

RICHARD L. STALDER; O. KENT ANDREWS; CARLEEN VIDRINE;
CHAPLAIN BOSTICK,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:05-CV-834
--------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

     Willie Allen, Louisiana prisoner #73041, appeals from the
dismissal of his 42 U.S.C. § 1983 action as frivolous and for
failure to state a claim.  Allen sought compensatory and punitive
damages in the district court for his alleged exclusion from the
call-out list for Muslim services.

     A prisoner may not maintain a First Amendment action for
compensatory damages absent any physical injury, pursuant to
42 U.S.C. § 1997e(e)'s physical injury requirement.  Geiger v.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jowers, 404 F.3d 371, 374-75 (5th Cir. 2005).  Nor has Allen shown the "evil intent" or "callous indifference" required to obtain punitive damages.  See Williams v. Kaufman County, 352 F.3d 994, 1015 (5th Cir. 2003).

AFFIRMED.